UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| MARTIN JR., JAMES H. | § | Case No. 13-51244-FJS |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David R. Ruby, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $24,006.00 (Without deducting any secured claims) | Assets Exempt: $10,906.00 |
| Total Distributions to Claimants: $257,275.48 | Claims Discharged Without Payment: $3,299,559.67 |
| Total Expenses of Administration: $180,963.59 | |

3) Total gross receipts of $438,239.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $438,239.07 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $1,509,834.61 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $41,765.83 | $180,963.59 | $180,963.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $2,077,345.02 | $1,479,490.13 | $1,479,490.13 | $257,275.48 |
| **TOTAL DISBURSEMENTS** | $3,587,179.63 | $1,521,255.96 | $1,660,453.72 | $438,239.07 |

4) This case was originally filed under chapter 7 on 08/01/2013. The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :     08/08/2018                    By :     /s/ David R. Ruby

                                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Amended Tax Returns | 1224-000 | $8,239.07 |
| Fraudulent Transfer to brother, Robert Martin | 1241-000 | $125,000.00 |
| Fraudulent Transfer to live-in girlfriend | 1241-000 | $305,000.00 |
| **TOTAL GROSS RECEIPTS** | | $438,239.07 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | | $1,006,117.00 | NA | NA | $0.00 |
| | First Community Bank | | $208,000.00 | NA | NA | $0.00 |
| | First Community Bank | | $295,717.61 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $1,509,834.61 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk, Chesterfield County Circuit | 2990-000 | NA | $792.00 | $792.00 | $792.00 |
| Heritage Title Co. of Virginia, Inc. | 2990-000 | NA | $60.00 | $60.00 | $60.00 |
| ThompsonMcMullan | 3110-000 | NA | $0.00 | $134,295.00 | $134,295.00 |
| BARRY STRICKLAND, CPA | 3410-000 | NA | $0.00 | $4,708.90 | $4,708.90 |
| US Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| DAVID R. RUBY, TRUSTEE | 2100-000 | NA | $25,161.95 | $25,161.95 | $25,161.95 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. RUBY, TRUSTEE | 2200-000 | NA | $0.00 | $193.86 | $193.86 |
| Barry Strickland & Company | 3420-000 | NA | $57.97 | $57.97 | $57.97 |
| Commonwealth of Virginia | 2820-000 | NA | $(120.46) | $(120.46) | $(120.46) |
| EagleBank | 2600-000 | NA | $739.00 | $739.00 | $739.00 |
| Heritage Title Company of Virginia, | 2420-000 | NA | $65.00 | $65.00 | $65.00 |
| Insurance Partners Agency, INc. | 2300-000 | NA | $71.62 | $71.62 | $71.62 |
| Texas Capital Bank | 2600-000 | NA | $5,439.01 | $5,439.01 | $5,439.01 |
| ThompsonMcMullan, P.C. | 3120-000 | NA | $590.25 | $590.25 | $590.25 |
| United States Treasury | 2820-000 | NA | $4,190.00 | $4,190.00 | $4,190.00 |
| Virginia Department of Taxation | 2820-000 | NA | $3,883.00 | $3,883.00 | $3,883.00 |
| Westfield Insurance Company | 2300-000 | NA | $136.49 | $136.49 | $136.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $41,765.83 | $180,963.59 | $180,963.59 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00013 | Janet B. Martin c/o Kutak Rock. | 7100-000 | NA | $100,000.00 | $100,000.00 | $24,668.78 |
| 00012 | Vulcan Construction Materials, L. | 7200-000 | NA | $53,237.42 | $53,237.42 | $0.00 |
| 00011 | First Community Bank c/o | 7100-000 | NA | $24,276.52 | $24,276.52 | $5,988.72 |
| 00010 | First Community Bank c/o | 7100-000 | NA | $81,089.65 | $81,089.65 | $20,003.83 |
| 00009 | First Community Bank c/o | 7100-000 | NA | $101,189.58 | $101,189.58 | $24,962.24 |
| 00008 | First Community Bank c/o | 7100-000 | NA | $250,000.00 | $250,000.00 | $0.00 |
| 00007 | First Community Bank c/o | 7100-000 | NA | $133,333.33 | $133,333.33 | $0.00 |
| 00006 | Carter Machinery Company, Inc. | 7100-000 | NA | $547,256.23 | $547,256.23 | $135,001.45 |
| 00005 | John Deere Construction & | 7100-000 | NA | $65,345.02 | $65,345.02 | $16,119.82 |
| 00004 | Luck Stone Corporation c/o | 7100-000 | NA | $105,000.00 | $105,000.00 | $25,902.22 |
| 00003 | Capital One Bank (USA), N.A. | 7100-000 | NA | $662.62 | $662.62 | $163.46 |
| 00002 | Keiter, Stephens, Hurst . .PC | 7100-000 | NA | $6,528.00 | $6,528.00 | $1,610.37 |
| 00001 | Atlas Acquisitions LLC Attn: Avi | 7100-000 | NA | $11,571.76 | $11,571.76 | $2,854.59 |
|  | Carter Machinery Company, Inc. |  | $497,000.00 | NA | NA | $0.00 |
|  | Chase |  | NA | NA | NA | $0.00 |
|  | Janet Martin |  | $1,500,000.00 | NA | NA | $0.00 |
|  | John Deere Financial |  | $65,345.02 | NA | NA | $0.00 |
|  | John Russell DurretteCrump-Bk |  | NA | NA | NA | $0.00 |
|  | Keiter, Stephens, Hurst . .PC |  | $15,000.00 | NA | NA | $0.00 |
|  | Luck Stone Corporation |  | NA | NA | NA | $0.00 |
|  | Suntrust Bank Attn:Bankruptcy |  | NA | NA | NA | $0.00 |
|  | SunTrust Equipment Fin. & Leas |  | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $2,077,345.02 | $1,479,490.13 | $1,479,490.13 | $257,275.48 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 13-51244

**Case Name:** MARTIN JR., JAMES H.

**For Period Ending:** 08/08/2018

**Judge:** Frank J. Santoro

**Trustee Name:** David R. Ruby

**Date Filed (f) or Converted (c):** 08/01/2013 (f)

**341(a) Meeting Date:** 09/09/2013

**Claims Bar Date:** 12/12/2013

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 01951 Ruffin Mill Road E/L of Interstate 95; Parce | 17,500.00 | 0.00 | | 0.00 | FA |
| 2. | 05619 Omo Road Ampthill Gardens L 81 Sec 1 Unimpro | 2,600.00 | 0.00 | | 0.00 | FA |
| 3. | Cash on hand | 150.00 | 0.00 | | 0.00 | FA |
| 4. | Normal household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. | Antique Grandfather Clock | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. | Lionel Train Set/Collectibles | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. | Paintings/Prints | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. | Men's clothing, shoes, and accessories | 800.00 | 0.00 | | 0.00 | FA |
| 9. | Signet Ring (Debtor's initials) | 50.00 | 0.00 | | 0.00 | FA |
| 10. | Rolex Watch | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. | Fishing rods/tackle | 10.00 | 0.00 | | 0.00 | FA |
| 12. | Double Barrell Shotgun/rifle on bottom | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. | Shotgun | 500.00 | 0.00 | | 0.00 | FA |
| 14. | Ammunition | 100.00 | 0.00 | | 0.00 | FA |
| 15. | 401K - Liberty Mutual | 1,600.00 | 0.00 | | 0.00 | FA |
| 16. | J.H.M, LLC 100% membership interest Company has co | 0.00 | 0.00 | | 0.00 | FA |
| 17. | Martin Construction Group, LLC 12-31-12 closed 25% | 1.00 | 0.00 | | 0.00 | FA |
| 18. | Fraudulent Transfer to brother, Robert Martin (u) | 0.00 | 125,000.00 | | 125,000.00 | FA |
| 19. | Fraudulent Transfer to live-in girlfriend (u) | 0.00 | 305,000.00 | | 305,000.00 | FA |
| 20. | Amended Tax Returns (u) | 0.00 | 8,000.00 | | 8,239.07 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:  13-51244** | |
| **Case Name:  MARTIN JR., JAMES H.** | |
| | |
| **For Period Ending:  08/08/2018** | |

**Judge:  Frank J. Santoro**

**Trustee Name:  David R. Ruby**
**Date Filed (f) or Converted (c):  08/01/2013 (f)**
**341(a) Meeting Date:  09/09/2013**
**Claims Bar Date:  12/12/2013**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| **TOTALS (Excluding Unknown Values)** | 33,711.00 | 438,000.00 | | 438,239.07 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A complicated case that is requiring significant due diligence and investigative efforts on the part of Trustee and Trustee's court-approved counsel due to debtor's many transactions and transfers between and among himself and individual insiders and related entities, including at least two several significant fraudulent transfers -- one involving the debtor's brother and one involving the debtor's live-in girlfriend.  Debtor was involved in at least 16 related entities.  Two large corporate creditors and debtor's ex-spouse are actively involved in the case.  Trustee will be conducting Rule 2004 examinations of debtor, debtor's live-in girlfriend and perhaps debtor's brother.  One or more avoidance actions to follow.  Trustee may have some personal property to sell.  Trustee also may need to file several claim objections.

2015  Trustee has filed two fraudulent transfer actions -- one against debtor's brother and one against debtor's live-in girlfriend.  Parties have agreed to mediate.  Trustee also may need to file a motion for sanctions or commence some other proceeding against Carter Machinery for filing an action in state court that asserts claims belonging to estate.

December 2015 - February 2016  Through mediation, Trustee and Robert Martin settled fraudulent transfer action for $125,000.  Funds paid and deposited.  Settlement approved by Court.

January - July 2016  Settled POC filed by Janet Martin.  Priority claim in the amount of $1.6 million+ recharacterized, reduced, recognized and allowed as a general unsecured POC in the amount of $100,000.  Settlement approved by Court.

Communications with counsel for First Community Bank resulted in amended POCs being filed to account for payments received on account of claims.

Ongoing communications with Luckstone counsel regarding need for Luckstone to file amended POC based upon payments received on account of claim.

January - October 2016  Ongoing mediation efforts among Trustee, Audrey Dale Smith and Carter Machinery.  Settlement reached, including (i) payment of $25,000 to Trustee, (ii) payment to be made to Trustee in February, 2017 in the amount of $275,000 from sale of rental property and (iii) resolution of Carter Machinery POC and other matters.  The Trustee has prepared drafts of settlement paperwork, which are being reviewed and negotiated.

December 2016  - January 2017  Revised settlement papers circulated.  Negotiations ongoing.

February 2017  Settlement papers finalized.  Motion to approve filed with Court.  Deed of Trust filed to secure settlement obligations.

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:**  13-51244 | **Judge:**  Frank J. Santoro | **Trustee Name:**  David R. Ruby |
| **Case Name:**  MARTIN JR., JAMES H. | | **Date Filed (f) or Converted (c):**  08/01/2013 (f) |
| | | **341(a) Meeting Date:**  09/09/2013 |
| **For Period Ending:**  08/08/2018 | | **Claims Bar Date:**  12/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

March 2017  Settlement Order entered.  Closing to take place prior to June 1.  CPA employed.  Tax returns prepared and filed.  Taxes paid on Robert Martin settlement.

April 2017  Sale of Chesdin landing property closed.  Trustee has received and deposited $225,000 owed on settlement.  Settlement now fully consummated.  All assets now fully administered and all funds to be received in the case have been received and deposited.

June - August 2017   Matters with Luckstone resolved through its filing of amended POC.  All claims matters now resolved.  Discussions with CPA regarding mechanism for obtaining refunds though operating loss carryforwards if professional fees paid within a certain time frame.  Attorney and CPA fee applications filed, hearings conducted, applications approved and fee awards paid.  Interim distribution proposed, approved and paid.

September - October 2017  Final tax returns filed.  60 day letter received.  Amended tax returns filed to obtain tax refunds from 2016.

TFR to be submitted as soon as tax refunds received from amended returns.

December 2017  Still waiting on tax refunds.

February 2018  State tax refund received and deposited.  Waiting for federal tax refund.

March 19, 2018  Received notice from IRS that tax refund should be received in the next 2 - 3 weeks.

March 23, 2018  IRS refund received and deposited.  March bank statement received.

April 17, 2018  TFR submitted to UST for review.


Initial Projected Date of Final Report(TFR) : 08/01/2015        Current Projected Date of Final Report(TFR) : 04/30/2018


| | | |
|---|---|---|
| **Trustee's Signature** | /s/David R. Ruby | **Date:**  08/08/2018 |
| | David R. Ruby | |
| | 100 Shockoe Slip | |
| | Richmond, VA 23219 | |
| | Phone : (804) 698-6220 | |


UST Form 101-7-TDR (10/1/2010) (Page 8)                              **Exhibit 8**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 13-51244 | |
| **Case Name:** MARTIN JR., JAMES H. | |
| | **Trustee Name:** David R. Ruby |
| | **Bank Name:** EagleBank |
| | **Account Number/CD#:** ******0192 Checking Account |
| **Taxpayer ID No:** **-***4066 | **Blanket bond (per case limit):** 3,000,000.00 |
| **For Period Ending:** 8/8/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/05/2016 | [18] | Robert Tyler Martin<br>PO Box 1066<br>Mathews , VA 23109-1066 | Settlement from Adv. Proceeding | 1241-000 | 125,000.00 | | 125,000.00 |
| 02/09/2016 | | EagleBank | BANK SERVICE FEE | 2600-000 | | 133.00 | 124,867.00 |
| 02/19/2016 | 1000 | Heritage Title Company of Virginia, Inc. | File # M16-4831<br>Title check for 13225 Chesdin Landing Drive/Chesterfield | 2420-000 | | 65.00 | 124,802.00 |
| 03/07/2016 | | EagleBank | BANK SERVICE FEE | 2600-000 | | 124.00 | 124,678.00 |
| 03/31/2016 | 1001 | Insurance Partners Agency, INc.<br>26865 Center Ridge Road<br>Westlake , OH 44145 | Chapter 7 Blanket Bond<br>Policy #3792899 | 2300-000 | | 71.62 | 124,606.38 |
| 04/11/2016 | | EagleBank | BANK SERVICE FEE | 2600-000 | | 132.00 | 124,474.38 |
| 05/04/2016 | [19] | Audrey Dale Smith | Settlement Agreement with Audrey Sm | 1241-000 | 25,000.00 | | 149,474.38 |
| 05/09/2016 | | EagleBank | BANK SERVICE FEE | 2600-000 | | 128.00 | 149,346.38 |
| 06/01/2016 | | EagleBank | Bank Service Fee | 2600-000 | | 156.00 | 149,190.38 |
| | | | Page Subtotals | | 150,000.00 | 809.62 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 13-51244 | **Trustee Name:** David R. Ruby |
| **Case Name:** MARTIN JR., JAMES H. | **Bank Name:** EagleBank |
| | **Account Number/CD#:** ******0192 Checking Account |
| **Taxpayer ID No:** **-***4066 | **Blanket bond (per case limit):** 3,000,000.00 |
| **For Period Ending:** 8/8/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/09/2016 | | EagleBank | BANK SERVICE CHARGE | 2600-000 | | 66.00 | 149,124.38 |
| 06/13/2016 | | Texas Capital Bank | Transfer of funds | 9999-000 | | 149,124.38 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 149,190.38 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 150,000.00 | 150,000.00 |
| | Less:Bank Transfer/CD's | 0.00 | 149,124.38 |
| **SUBTOTALS** | | 150,000.00 | 875.62 |
| | Less: Payments to Debtors | | 0.00 |
| **Net** | | 150,000.00 | 875.62 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 13-51244 | |
| Case Name: | MARTIN JR., JAMES H. | |
| | | |
| Taxpayer ID No: | **-***4066 | |
| For Period Ending: | 8/8/2018 | |

| | |
|---|---|
| Trustee Name: | David R. Ruby |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******3562 Checking Account |
| Blanket bond (per case limit): | 3,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/13/2016 | | EagleBank | Transfer of funds | 9999-000 | 149,124.38 | | 149,124.38 |
| 07/05/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 125.02 | 148,999.36 |
| 08/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 208.21 | 148,791.15 |
| 09/06/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 207.92 | 148,583.23 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 207.66 | 148,375.57 |
| 11/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 207.34 | 148,168.23 |
| | | | Page Subtotals | | 149,124.38 | 956.15 | |

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-51244 | Trustee Name: | David R. Ruby |
| Case Name: | MARTIN JR., JAMES H. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******3562 Checking Account |
| Taxpayer ID No: | **-***4066 | Blanket bond (per case limit): | 3,000,000.00 |
| For Period Ending: | 8/8/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/05/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 207.05 | 147,961.18 |
| 01/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 206.78 | 147,754.40 |
| 02/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 206.47 | 147,547.93 |
| 02/23/2017 | [19] | AUDREY DALE SMITH P. O. Box 636 Cobbs Creek, VA 23035 | Settlement from Adv. Proceeding | 1241-000 | 5,000.00 | | 152,547.93 |
| 02/23/2017 | [19] | AUDREY DALE SMITH P. O. Box 636 Cobbs Creek, VA 23035 | Settlement from Adv. Proceeding | 1241-000 | 50,000.00 | | 202,547.93 |
| *03/01/2017 | 52001 | Clerk, Chesterfield County Circuit Court 9500 Courthouse Road Chesterfield , VA 23832 | Recording Fees for Deed of Trust | 2990-000 | | 972.00 | 201,575.93 |
| 03/01/2017 | 52002 | Clerk, Chesterfield County Circuit Court 9500 Courthouse Road Chesterfield , VA 23832 | Recording Fees for Deed of Trust | 2990-000 | | 792.00 | 200,783.93 |
| | | | Page Subtotals | | 55,000.00 | 2,384.30 | |

UST Form 101-7-TDR (10/1/2010) (Page 12)                    **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-51244 | | | Trustee Name: | David R. Ruby |
|---|---|---|---|---|---|
| Case Name: | MARTIN JR., JAMES H. | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******3562 Checking Account |
| Taxpayer ID No: | **-***4066 | | | Blanket bond (per case limit): | 3,000,000.00 |
| For Period Ending: | 8/8/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/01/2017 | | Clerk, Chesterfield County Circuit Court 9500 Courthouse Road Chesterfield , VA 23832 | Recording Fees for Deed of Trust | 2990-000 | | (972.00) | 201,755.93 |
| 03/02/2017 | 52003 | Heritage Title Co. of Virginia, Inc. 3002 Hungary Road Suite 100 Richmond, VA 23228 | Fee to Record Deed of Trust and Update Title to Chesdin Landing Property | 2990-000 | | 60.00 | 201,695.93 |
| 03/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 207.68 | 201,488.25 |
| 03/29/2017 | 52004 | United States Treasury | E.I.N. 81-6204066, Form 1041 for the year ended 12/31/16. | 2820-000 | | 4,190.00 | 197,298.25 |
| 03/29/2017 | 52005 | Virginia Department of Taxation | E.I.N. 81-6204066, Form 770 Balance Due for the year ended 12/31/16. | 2820-000 | | 3,883.00 | 193,415.25 |
| 04/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 234.46 | 193,180.79 |
| 04/10/2017 | 52006 | Westfield Insurance Company 26865 Center Ridge Road Westlake, OH 44145 | Bond Premium, Invoice #391168 | 2300-000 | | 107.71 | 193,073.08 |
| | | | Page Subtotals | | 0.00 | 7,710.85 | |

UST Form 101-7-TDR (10/1/2010) (Page 13)                                          **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 13-51244 | **Trustee Name:** David R. Ruby |
| **Case Name:** MARTIN JR., JAMES H. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******3562 Checking Account |
| **Taxpayer ID No:** **-***4066 | **Blanket bond (per case limit):** 3,000,000.00 |
| **For Period Ending:** 8/8/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/19/2017 | [19] | Hairfield Morton, PLC<br>2800 Buford Rd Ste 201<br>North Chesterfield, VA 23235 | Settlement from Adversary Proceeding | 1241-000 | 225,000.00 | | 418,073.08 |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 397.15 | 417,675.93 |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 583.64 | 417,092.29 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 582.90 | 416,509.39 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 582.02 | 415,927.37 |
| 08/08/2017 | 52007 | Atlas Acquisitions LLC Attn: Avi Schild<br>294 Union St<br>Hackensack, NJ 07601 | Disb of 17.26% to Claim #00001 | 7100-000 | | 1,997.20 | 413,930.17 |
| | | | | Page Subtotals | 225,000.00 | 4,142.91 | |

UST Form 101-7-TDR (10/1/2010) (Page 14)                    **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **13-51244** | Trustee Name: **David R. Ruby** |
| Case Name: **MARTIN JR., JAMES H.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********3562 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*4066** | Blanket bond (per case limit): **3,000,000.00** |
| For Period Ending: **8/8/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/08/2017 | 52008 | Keiter, Stephens, Hurst . .PC<br>PO Box 32066<br>Henrico, VA 23294 | Disb of 17.26% to Claim #00002 | 7100-000 | | 1,126.68 | 412,803.49 |
| 08/08/2017 | 52009 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272 | Disb of 17.26% to Claim #00003 | 7100-000 | | 114.36 | 412,689.13 |
| 08/08/2017 | 52010 | Luck Stone Corporation c/o Fullerton &<br>Knowles, PC Attn: Paul Schrader<br>12642 Chapel Rd<br>Clifton, VA 20124 | Disb of 17.26% to Claim #00004 | 7100-000 | | 18,122.21 | 394,566.92 |
| 08/08/2017 | 52011 | John Deere Construction & Forestry<br>Company<br>PO Box 6600<br>Johnston, IA 50131 | Disb of 17.26% to Claim #00005 | 7100-000 | | 11,278.06 | 383,288.86 |
| 08/08/2017 | 52012 | Carter Machinery Company, Inc. c/o<br>Donald C. Schultz, Esq. Crenshaw, Ware &<br>Martin, PLC<br>150 W Main St Ste 1500<br>Norfolk, VA 23510 | Disb of 17.26% to Claim #00006 | 7100-000 | | 94,452.29 | 288,836.57 |
| 08/08/2017 | 52013 | First Community Bank c/o Kimberly A.<br>Taylor Kepley Broscious & Biggs, PLC<br>2211 Pump Rd<br>Richmond, VA 23233 | Disb of 17.26% to Claim #00009 | 7100-000 | | 17,464.56 | 271,372.01 |

| | | | Page Subtotals | | 0.00 | 142,558.16 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page 15)                                    **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 13-51244 | **Trustee Name:** David R. Ruby |
| **Case Name:** MARTIN JR., JAMES H. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******3562 Checking Account |
| **Taxpayer ID No:** **-***4066 | **Blanket bond (per case limit):** 3,000,000.00 |
| **For Period Ending:** 8/8/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/08/2017 | 52014 | First Community Bank c/o Kimberly A. Taylor Kepley Broscious & Biggs, PLC 2211 Pump Rd Richmond, VA 23233 | Disb of 17.26% to Claim #00010 | 7100-000 | | 13,995.46 | 257,376.55 |
| 08/08/2017 | 52015 | First Community Bank c/o Kimberly A. Taylor Kepley Broscious & Biggs, PLC 2211 Pump Rd Richmond, VA 23233 | Disb of 17.26% to Claim #00011 | 7100-000 | | 4,189.94 | 253,186.61 |
| 08/08/2017 | 52016 | Janet B. Martin c/o John B. Russell, Jr. 2621 Promenade Pkwy Ste 102 Midlothian, VA 23113 | Disb of 17.26% to Claim #00013 | 7100-000 | | 17,259.24 | 235,927.37 |
| *08/08/2017 | 52017 | DAVID R. RUBY 100 SHOCKOE SLIP, 3RD FLOOR Richmond, VA 23219 | Atty for Trustee Fee per Order dated 8/8/17 Doc. 158. | 3110-003 | | 134,295.00 | 101,632.37 |
| *08/08/2017 | 52018 | DAVID R. RUBY 100 SHOCKOE SLIP, 3RD FLOOR Richmond, VA 23219 | Atty for Trustee Expenses per Order dated 8/8/17 Doc. 158 | 3120-003 | | 590.25 | 101,042.12 |
| 08/08/2017 | 52019 | Barry Strickland & Company Certified Public Accountants 9410 Atlee Commerce Blvd Ashland, VA 23005 | Accountant for Trustee Fee per Order dated 8/8/17, Doc. 159. | 3410-000 | | 4,708.90 | 96,333.22 |
| | | | Page Subtotals | | 0.00 | 175,038.79 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 13-51244 | **Trustee Name:** David R. Ruby |
| **Case Name:** MARTIN JR., JAMES H. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******3562 Checking Account |
| **Taxpayer ID No:** **-***4066 | **Blanket bond (per case limit):** 3,000,000.00 |
| **For Period Ending:** 8/8/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/08/2017 | 52020 | Barry Strickland & Company Certified Public Accountants 9410 Atlee Commerce Blvd Ashland, VA 23005 | Accountant for Trustee Expenses per Order dated 8/8/17, Doc. 159. | 3420-000 | | 57.97 | 96,275.25 |
| 08/08/2017 | 52021 | ThompsonMcMullan, P.C. 100 Shockoe Slip, 3rd Floor Richmond, VA 23219 | Attorney for Trustee Fee per Order dated 8/8/17, Doc. 158. | 3110-000 | | 134,295.00 | (38,019.75) |
| 08/08/2017 | 52022 | ThompsonMcMullan, P.C. 100 Shockoe Slip, 3rd Floor Richmond, VA 23219 | Attorney for Trustee Expenses per Order dated 8/8/17, Doc. 158. | 3120-000 | | 590.25 | (38,610.00) |
| *08/08/2017 | | DAVID R. RUBY 100 SHOCKOE SLIP, 3RD FLOOR Richmond, VA 23219 | Atty for Trustee Fee per Order dated 8/8/17 Doc. 158. | 3110-003 | | (134,295.00) | 95,685.00 |
| *08/08/2017 | | DAVID R. RUBY 100 SHOCKOE SLIP, 3RD FLOOR Richmond, VA 23219 | Atty for Trustee Expenses per Order dated 8/8/17 Doc. 158 | 3120-003 | | (590.25) | 96,275.25 |
| 08/28/2017 | | Commonwealth of Virginia | Overpayment of taxes paid | 2820-000 | | (120.46) | 96,395.71 |
| 09/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 319.13 | 96,076.58 |
| | | | Page Subtotals | | 0.00 | 256.64 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)                                          **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 13-51244 | |
| **Case Name:** MARTIN JR., JAMES H. | |
| | **Trustee Name:** David R. Ruby |
| | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******3562 Checking Account |
| **Taxpayer ID No:** **-***4066 | **Blanket bond (per case limit):** 3,000,000.00 |
| **For Period Ending:** 8/8/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 142.34 | 95,934.24 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 134.06 | 95,800.18 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 133.87 | 95,666.31 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 133.69 | 95,532.62 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 133.50 | 95,399.12 |
| 02/06/2018 | [20] | Commonwealth of Virginia | Refund from Amended Tax Returns | 1224-000 | 3,895.25 | | 99,294.37 |
| | | | Page Subtotals | | 3,895.25 | 677.46 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | **13-51244** | | | Trustee Name: | **David R. Ruby** | |
| Case Name: | **MARTIN JR., JAMES H.** | | | Bank Name: | **Texas Capital Bank** | |
| | | | | Account Number/CD#: | ********3562 Checking Account** | |
| Taxpayer ID No: | **\*\*-\*\*\*4066** | | | Blanket bond (per case limit): | **3,000,000.00** | |
| For Period Ending: | **8/8/2018** | | | Separate bond (if applicable): | **0.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/05/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 137.79 | 99,156.58 |
| 03/23/2018 | [20] | United States Treasury | Amended Tax Refunds | 1224-000 | 4,343.82 | | 103,500.40 |
| 03/27/2018 | 52023 | Westfield Insurance Company 26865 Center Ridge Road Westlake, OH 44145 | Bond Premium | 2300-000 | | 28.78 | 103,471.62 |
| 04/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 140.33 | 103,331.29 |
| 07/11/2018 | 52024 | DAVID R. RUBY, TRUSTEE 100 SHOCKOE SLIP, 3RD FLOOR RICHMOND, VA 23219 | Trustee's Compensation | 2100-000 | | 25,161.95 | 78,169.34 |
| 07/11/2018 | 52025 | DAVID R. RUBY, TRUSTEE 100 SHOCKOE SLIP, 3RD FLOOR RICHMOND, VA 23219 | Trustee Expenses | 2200-000 | | 193.86 | 77,975.48 |
| 07/11/2018 | 52026 | US Bankruptcy Court | Payment of deferred filing fees - Doc #119 and #121. Case No. 13-51244-FJS | 2700-000 | | 700.00 | 77,275.48 |
| | | | Page Subtotals | | 4,343.82 | 26,362.71 | |

UST Form 101-7-TDR (10/1/2010) (Page 19)                                            **Exhibit 9**

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 13-51244 | **Trustee Name:** David R. Ruby |
| **Case Name:** MARTIN JR., JAMES H. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******3562 Checking Account |
| **Taxpayer ID No:** **-***4066 | **Blanket bond (per case limit):** 3,000,000.00 |
| **For Period Ending:** 8/8/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/11/2018 | 52027 | Atlas Acquisitions LLC Attn: Avi Schild 294 Union St Hackensack, NJ 07601 | Disb of 7.41% to Claim #00001 | 7100-000 | | 857.39 | 76,418.09 |
| 07/11/2018 | 52028 | Keiter, Stephens, Hurst . .PC PO Box 32066 Henrico, VA 23294 | Disb of 7.41% to Claim #00002 | 7100-000 | | 483.69 | 75,934.40 |
| 07/11/2018 | 52029 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272 | Disb of 7.41% to Claim #00003 | 7100-000 | | 49.10 | 75,885.30 |
| 07/11/2018 | 52030 | Luck Stone Corporation c/o Fullerton & Knowles, PC Attn: Paul Schrader 12642 Chapel Rd Clifton, VA 20124 | Disb of 7.41% to Claim #00004 | 7100-000 | | 7,780.01 | 68,105.29 |
| 07/11/2018 | 52031 | John Deere Construction & Forestry Company PO Box 6600 Johnston, IA 50131 | Disb of 7.41% to Claim #00005 | 7100-000 | | 4,841.76 | 63,263.53 |
| 07/11/2018 | 52032 | Carter Machinery Company, Inc. c/o Donald C. Schultz, Esq. Crenshaw, Ware & Martin, PLC Attn: Donna Ashbrook P.O.Box 3096 Salem, VA 24153 | Disb of 7.41% to Claim #00006 | 7100-000 | | 40,549.16 | 22,714.37 |

Page Subtotals     0.00     54,561.11

     **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **13-51244** | Trustee Name: **David R. Ruby** |
| Case Name: **MARTIN JR., JAMES H.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********3562 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*4066** | Blanket bond (per case limit): **3,000,000.00** |
| For Period Ending: **8/8/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/11/2018 | 52033 | First Community Bank c/o Kimberly A. Taylor Kepley Broscious & Biggs, PLC 2211 Pump Rd Richmond, VA 23233 | Disb of 7.41% to Claim #00009 | 7100-000 | | 7,497.68 | 15,216.69 |
| 07/11/2018 | 52034 | First Community Bank c/o Kimberly A. Taylor Kepley Broscious & Biggs, PLC 2211 Pump Rd Richmond, VA 23233 | Disb of 7.41% to Claim #00010 | 7100-000 | | 6,008.37 | 9,208.32 |
| 07/11/2018 | 52035 | First Community Bank c/o Kimberly A. Taylor Kepley Broscious & Biggs, PLC 2211 Pump Rd Richmond, VA 23233 | Disb of 7.41% to Claim #00011 | 7100-000 | | 1,798.78 | 7,409.54 |
| 07/11/2018 | 52036 | Janet B. Martin c/o Kutak Rock. LLP 301 East Byrd Street, Suite 800 Richmond, VA 23219 | Disb of 7.41% to Claim #00013 | 7100-000 | | 7,409.54 | 0.00 |

| | | | Page Subtotals | 0.00 | 22,714.37 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 437,363.45 | 437,363.45 |
| Less:Bank Transfer/CD's | | 149,124.38 | 0.00 |
| **SUBTOTALS** | | 288,239.07 | 437,363.45 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 288,239.07 | 437,363.45 |

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **13-51244** | Trustee Name: **David R. Ruby** |
| Case Name: **MARTIN JR., JAMES H.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: **\*\*\*\*\*\*3562 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*4066** | Blanket bond (per case limit): **3,000,000.00** |
| For Period Ending: **8/8/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 438,239.07 | | | | | |
| All Accounts Gross Disbursements: | 438,239.07 | | \*\*\*\*\*\*0192 Checking Account | 150,000.00 | 875.62 | |
| All Accounts Net: | 0.00 | | \*\*\*\*\*\*3562 Checking Account | 288,239.07 | 437,363.45 | |
| | | | **Net Totals** | 438,239.07 | 438,239.07 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 22)                                   **Exhibit 9**